# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**VERONICA MILLER, ET AL.**                                                             **PLAINTIFFS**

**V.**                                                        **CAUSE NO. 4:18CV00254-DMB-JMV**

**CITY OF LELAND, ET AL.**                                                          **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Before the court is Defendants' "Motion to Stay Pending Immunity" [32] wherein they essentially request that the court stay all discovery pending a decision on Defendants' qualified immunity motions [28 and 30] filed June 14, 2019.

Pursuant to L.U.CIV.R. 16(b)(3)(B),

[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and *all* discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

In view of the foregoing, the instant motion is GRANTED, and all discovery is hereby STAYED.

**SO ORDERED** this, the 17th day of June, 2019.

                                                                     /s/ Jane M. Virden
                                                                     U. S. Magistrate Judge