IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**VERONICA MILLER, ET AL.**     **PLAINTIFFS**

**V.**     **CAUSE NO. 4:18CV00254-DMB-JMV**

**CITY OF LELAND, ET AL.**     **DEFENDANTS**

## ORDER EXTENDING CMO DEADLINES

Consistent with the District Judge's Notice [63] resetting trial for June 28, 2021, the following deadlines now control:

| | |
|---|---|
| Plaintiffs' designation of experts due | 8/25/20 |
| Defendants' designation of experts due | 9/25/20 |
| Discovery Deadline | 11/25/20 |
| *Daubert* Motions deadline | 12/9/20 |
| Dispositive Motions deadline | 1/8/21 |

**SO ORDERED** this, the 29th day of April, 2020.

/s/ Jane M. Virden
U. S. Magistrate Judge