# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSPPI
## GREENVILLE DIVISION

**VERONICA MILLER, ET AL.**                                            **PLAINTIFFS**

**V.**                                            **CAUSE NO. 4:18-CV-254-DMB-JMV**

**CITY OF LELAND, ET AL.**                                             **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Cɪᴠ.R. 16(b)(1)(B). The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

Plaintiffs filed a motion to remand [68] on July 23, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) are, hereby, **STAYED** pending a decision on the motion to remand.

**THIS**, the 24th day of July, 2020.

                                                     /s/ Jane M. Virden
                                                   U.S. Magistrate Judge